| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Corporation Service Company ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>19-921 Rule 4.2<br><br>Kroger, Inc.<br>c/o Corp. Service Co. (Stat. Agent)<br>50 West Broad Street, Suite 1330<br>Columbus, OH 43215 | B. Received by (Printed Name) NOV 2 2 2019 / C. Date of Delivery |
| | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>Deanne E. Schausell Agent |
| 9590 9402 5149 9122 5882 82 | 3. Service Type<br>☐ Adult Signature<br>☑ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☑ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7019 0700 0002 0328 6188 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt



USPS TRACKING #

9590 9402 5149 9122 5882 82

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED
NOV 29 2019
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

U.S. Southern District of Ohio
Western Division
100 E. Fifth St., Room 103
Cincinnati, OH 45202
ATTN: CLERK OF COURTS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

19-921 Rule 4.2

Kroger, Inc.
Blue Ash Technology Center
9997 Carver Rd.
Blue Ash, OH 45242

9590 9402 5149 9122 5882 99

2. Article Number *(Transfer from service label)*

7019 0700 0002 0328 6195

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*: Tara Murphy

C. Date of Delivery: 11-22-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

9590 9402 5149 9122 5882 99

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

U.S. Southern District of Ohio
Western Division
100 E. Fifth St., Room 103
Cincinnati, OH 45202
ATTN: CLERK OF COURTS